Dismissed and Memorandum Opinion filed October 18, 2007








Dismissed
and Memorandum Opinion filed October 18, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00533-CV

____________

 

JONATHAN QUICK, Appellant

 

V.

 

KIM KATONA, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 894925

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 13, 2007.  On October 9, 2007, appellant
filed a notice of nonsuit of his Aentire action against KIM KATONA@, which we construe to be a motion to
dismiss the appeal.  See Tex. R.
App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
18, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.